# Exhibit 1

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,836,895**

# United States Patent and Trademark Office    Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

   FOR: CLOTHING; NAMELY, SHIRTS, TEE
SHIRTS, CAPS, IN CLASS 25 (U.S. CL. 39).

   FIRST USE 11-0-1991; IN COMMERCE
11-0-1991.

   SER. NO. 74-417,065, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 36

## United States Patent and Trademark Office

Reg. No. 1,842,789
Registered July 5, 1994

## TRADEMARK
## PRINCIPAL REGISTER

## NIRVANA

NIRVANA (PARTNERSHIP)
C/O LEE JOHNSON, VWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: SERIES OF SOUND RECORDINGS
AND PRERECORDED VIDEOTAPES ALL
FEATURING PERFORMANCES OF A MUSI-

CAL ARTIST OR GROUP, IN CLASS 9 (U.S. CLS. 21 AND 36).

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

OWNER OF U.S. REG. NO. 1,631,419.

SER. NO. 74-417,064, FILED 7-26-1993.

PAUL KRUSE, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# NIRVANA

**Reg. No. 3,937,416**

**Registered Mar. 29, 2011**

**Int. Cls.: 16 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/O TODD GELFAND
1880 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CA 90067

FOR: PRINTED MATERIALS, NAMELY, POSTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE WITH INFORM-ATION ON RECORDINGS OF A MUSICAL GROUP AND HISTORICAL INFORMATION ON A MUSICAL GROUP AND PROVIDING ONLINE PROFILE PAGES WITH PHOTOS AND INFORMATION ON RECORDINGS OF A MUSICAL GROUP; PROVIDING NON-DOWN-LOADABLE PRE-RECORDED MUSIC AND VIDEO CLIPS VIA A WEBSITE AND ONLINE PROFILE PAGES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 85-090,713, FILED 7-22-2010.

KATHLEEN LORENZO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# United States of America
## United States Patent and Trademark Office

# NIRVANA

**Reg. No. 4,663,544**

**Registered Dec. 30, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NIRVANA, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/O JILL BERLINER, ESQ.
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CA 90067

FOR: MUSICAL SOUND RECORDINGS; DOWNLOADABLE MUSICAL SOUND RECORD-INGS; SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE SOUND RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; AUDIOVISUAL RECORDINGS FEATURING MUSIC; AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING MUSIC; DOWNLOADABLE AUDIOVISUAL RECORDINGS FEATURING PERFORMANCES OF A MUSICAL GROUP, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-1989; IN COMMERCE 6-0-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,842,789.

SER. NO. 86-287,837, FILED 5-21-2014.

ROBIN CHOSID, EXAMINING ATTORNEY



**Deputy Director of the United States Patent and Trademark Office**

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,430,930**

**Registered Mar. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 25: Shirts; sweatshirts; hooded sweatshirts

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,273, FILED 09-21-2016

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,441,075**

**Registered Apr. 10, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nirvana, L.L.C. (WASHINGTON LIMITED LIABILITY COMPANY)
C/o Rimon Law, Jill Berliner, Esq.
2029 Century Park East, Suite 400n
Los Angeles, CALIFORNIA 90067

CLASS 9: Audio and video recordings, namely, compact discs featuring music and musical performances; phonograph records featuring music; prerecorded digital media in the nature of audio and visual media, namely, CDs, DVDs, and downloadable audio and video recordings in the field of music; digital music downloadable from the internet; DVDs featuring music and musical performances; downloadable audio and video recordings, namely, downloadable music files, downloadable multimedia files containing audio and video relating to music and musical performances, downloadable MP3 files and MP3 recordings featuring music and musical performances, and downloadable musical and video recordings in the field of music

FIRST USE 9-21-1993; IN COMMERCE 9-21-1993

The mark consists of an accurate-to-scale silhouette-like representation of a winged woman facing forward, wings outstretched, with her head facing to her left, with a bent left knee, and with arms outstretched and palms facing forward so that the positions of her left and right arms are at approximately 4:30 o'clock and 7:30 o'clock, respectively.

SEC.2(F)

SER. NO. 87-178,261, FILED 09-21-2016



Director of the United States
Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,797,928**

# United States Patent and Trademark Office  Registered Oct. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## FLOWER SNIFFIN KITTY PETTIN BABY KISSIN CORPORATE ROCK WHORES

NIRVANA, INC. (WASHINGTON CORPORA-
TION)
C/O LEE JOHNSONVWC MANAGEMENT
13343 BELLEVUE-REDMOND ROAD
BELLEVUE, WA 98005

FOR: CLOTHING; NAMELY, TEE SHIRTS, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 11-0-1991; IN COMMERCE
11-0-1991.

SER. NO. 74-356,609, FILED 2-8-1993.

ANTHONY LUPO, EXAMINING ATTORNEY